UNITED STATES DISTRICT COURT FILED
for the
DISTRICT OF CONNECTICUT 2003 OCT 17 P 2: 44

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| ROBERT R. CARLSON,<br>Plaintiff, | CIVIL NO. 303CV0612 (RNC) |
| v. | |
| HARTFORD FINANCIAL SERVICES<br>GROUP, INC.<br>Defendant. | October 17, 2003 |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, the Defendant, Hartford Financial Services Group, Inc., respectfully requests a thirty (30) day extension of time, up to and including November 17, 2003 in which to respond and/or object to Plaintiff's First Request for Interrogatories and Production dated September 18, 2003. In support of this Motion, the Defendant provides the following:

1. Pursuant to the Court's Case Management Plan dated July 2, 2003, the deadline for Discovery is March 15, 2004.

2. The Plaintiff's First Set of Interrogatories are comprised of fourteen (14) interrogatories and Plaintiff's Request for Production of Documents is comprised of thirty one (31) requests for document production.

**ORAL ARGUMENT NOT REQUESTED**

3. As this case involves complex issues, Defendant needs additional time in which to gather information necessary to respond and/or object to Plaintiff's Interrogatories and Plaintiff's Request for Production of Documents.

4. Defendant seeks additional time, up to and including November 17, 2003 in which to respond and/or object to the Plaintiff's Interrogatories and Plaintiff's Request for Production of Documents.

5. Plaintiff's counsel, Judith Meyer, was contacted on October 16, 2003, regarding this motion and she stated she does not object to the granting of this motion.

6. This is Defendant's first motion for extension of time to respond and/or object to Plaintiff's Interrogatories and Plaintiff's Request for Production of Documents.

WHEREFORE, the Defendant respectfully moves for an extension of time, up to and including November 17, 2003 in which to respond and/or object to Plaintiff's First Request for Interrogatories and Production dated September 18, 2003.

DEFENDANT,

HARTFORD FINANCIAL SERVICES GROUP, INC.

By: *William J. Anthony*
William J. Anthony, Esq. (ct 17865)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
(860) 522-0404
anthonyw@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by regular mail, postage prepaid, on this 17th day of October, 2003, to the following counsel of record:

> Judith D. Meyer, Esq.
> 152 Simsbury Road
> P.O. Box 451
> Avon, CT  06001

_____
Tasos C. Paindiris