UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

FILED
2003 OCT 17 P 2:00
US DISTRICT COURT
HARTFORD CT

---

ROBERT R. CARLSON,
Plaintiff,

v.

HARTFORD FINANCIAL SERVICES
GROUP, INC.
Defendant.

CIVIL NO. 303CV0612 (RNC)

October 17, 2003

---

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
## IN WHICH TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND
## REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, the Defendant, Hartford Financial Services Group, Inc., respectfully requests a thirty (30) day extension of time, up to and including November 17, 2003 in which to respond and/or object to Plaintiff's First Request for Interrogatories and Production dated September 18, 2003. In support of this Motion, the Defendant provides the following:

1. Pursuant to the Court's Case Management Plan dated July 2, 2003, the deadline for Discovery is March 15, 2004.

2. The Plaintiff's First Set of Interrogatories are comprised of fourteen (14) interrogatories and Plaintiff's Request for Production of Documents is comprised of thirty one (31) requests for document production.

**ORAL ARGUMENT NOT REQUESTED**

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By: Angela [signature]
Deputy Clerk