UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

ROBERT R. CARLSON,
    Plaintiff,

v.                                   CIVIL NO. 303CV0612 (RNC)

HARTFORD FINANCIAL SERVICES
GROUP, INC.
    Defendant.                        November 17, 2003

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
IN WHICH TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND
REQUEST FOR PRODUCTION OF DOCUMENTS**

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, the Defendant, Hartford Financial Services Group, Inc., respectfully requests a fifteen (15) day extension of time, up to and including December 2, 2003 in which to respond and/or object to Plaintiff's First Request for Interrogatories and Production dated September 18, 2003. In support of this Motion, the Defendant provides the following:

1.    Pursuant to the Court's Case Management Plan dated July 2, 2003, the deadline for Discovery is March 15, 2004.

2.    The Plaintiff's First Set of Interrogatories are comprised of fourteen (14) interrogatories and Plaintiff's Request for Production of Documents is comprised of thirty one (31) requests for document production.

**ORAL ARGUMENT NOT REQUESTED**

*Granted. So ordered.*
*Robert N. Chatigny, U.S.D.J.*
*November 19, 2003.*