UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT R. CARLSON,<br>Plaintiff, | CIVIL NO. 303CV0612 (RNC) |
| v. | |
| HARTFORD FINANCIAL SERVICES<br>GROUP, INC.<br>Defendant. | January 31, 2004 |

## JOINT STATUS REPORT OF COUNSEL

In accordance with the Court's Order Regarding Case Management Plan, the parties submit their Joint Status Report.

The parties have exchanged and responded to written discovery requests. Plaintiff's deposition is currently being scheduled. Defendant has submitted a request for pre-filing conference to discuss its intent to file a Motion for Summary Judgment. At this time, the parties believe it is premature to attempt any special settlement procedure.

PLAINTIFF,
ROBERT R. CARLSON,

By: _____          Dated: 1/31/04
Judith D. Meyer (ct 04976)
152 Simsbury Road
P.O. Box 451
Avon, CT 06001-0451
Tel: (860) 678-7711
Fax: (860) 677-6832
judithdmeyer@igc.org


DEFENDANT,
HARTFORD FINANCIAL SERVICES
 GROUP, INC.

By: _____          Dated: 2/2/04
William J. Anthony (ct 17865)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Tel: (860) 522-0404
Fax: (860) 247-1330
anthonyw@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by regular mail, postage prepaid, on this 2nd day of February, 2004, to the following counsel of record:

>Judith D. Meyer, Esq.
>152 Simsbury Road
>P.O. Box 451
>Avon, CT 06001

_____
Tasos C. Paindiris