FILED

2004 MAR -8 P 2: 35

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT R. CARLSON,<br>Plaintiff, | : | CIVIL ACTION NO: 3:03CV0612 (RNC) |
| | : | |
| vs. | : | |
| | : | |
| HARTFORD FINANCIAL SERVICES<br>GROUP, INC. | : | |
| | : | |
| Defendant. | : | March 5, 2004 |

## AGREED-UPON MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9(b), plaintiff Robert Carlson hereby moves for a two-week extension of time within which to complete discovery in the above-captioned case. Discovery is currently scheduled to be completed by March 15, 2004. There has been no previous requrest for an extension of this deadline.

In support of this Motion, the plaintiff respectfully represents as follows.

A. Plaintiff had subpoenaed a third party witness, his former supervisor who is no longer employed by the defendant, for a deposition to be held on Monday, March 8, 2004.

B. Defense counsel has informed the undersigned that the witness is leaving for Colorado and expects to be away and unavailable next week.

C. Defense counsel has also informed the undersigned that this witness works out of state several days a week.

D.  In order to accommodate this third party witness and reasonably schedule the deposition, additional time will be needed beyond the March 15, 2004 deadline, because two other witnesses were to follow this witness in the discovery sequence.

E.  Defense counsel William Anthony has authorized the undersigned to represent that the defendant has no objection to, and supports, this request for an extension of time.

Wherefore plaintiff requests an extension of the discovery deadline through March 29, 2004, an extension of two weeks, to allow for the orderly and reasonable completion of discovery in this case.

>PLAINTIFF,
>ROBERT R. CARLSON
>
>By _____
>Judith D. Meyer
>Fed Bar No.: CT04976
>152 Simsbury Road
>P.O. Box 451
>Avon, CT 06001-0451
>Tel. (860) 678-7711

**CERTIFICATION**

This is to certify that a copy of the foregoing was sent, via first class mail, postage prepaid, this 5th day of March, 2004, to the following counsel of record:

William J. Anthony, Esq.
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105

_____
Judith D. Meyer