FILED

2004 MAR -8 P 2: 35

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT R. CARLSON, | : | CIVIL ACTION NO: 3:03CV0612 (RNC) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| HARTFORD FINANCIAL SERVICES GROUP, INC. | : | |
| | : | |
| Defendant. | : | March 5, 2004 |

### AGREED-UPON MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9(b), plaintiff Robert Carlson hereby moves for a two-week extension of time within which to complete discovery in the above-captioned case. Discovery is currently scheduled to be completed by March 15, 2004. There has been no previous requrest for an extension of this deadline.

In support of this Motion, the plaintiff respectfully represents as follows.

A.   Plaintiff had subpoenaed a third party witness, his former supervisor who is no longer employed by the defendant, for a deposition to be held on Monday, March 8, 2004.

B.   Defense counsel has informed the undersigned that the witness is leaving for Colorado and expects to be away and unavailable next week.

C.   Defense counsel has also informed the undersigned that this witness works out of state several days a week.

March 9, 2004. Granted., So ordered.

Robert N. Chatigny, U.S.D.J.

FILED
2004 MAR 10 P 2: 18
U.S. DISTRICT COURT
HARTFORD, CT.