UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT R. CARLSON,<br>    Plaintiff, | : | CIVIL ACTION NO: 3:03CV0612 (RNC) |
| | : | |
| vs. | : | |
| | : | |
| HARTFORD FINANCIAL SERVICES<br>GROUP, INC.,<br>    Defendant. | :<br>:<br>: | May 27, 2004 |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, the parties to the above captioned action hereby stipulate that the action shall be dismissed in its entirety, with prejudice.

DEFENDANT,                                           PLAINTIFF,


By _____                           By _____
William J. Anthony, Esq.                             Judith D. Meyer
Federal Bar No. CT17865                              Fed. Bar No. CT04976
Jackson Lewis LLP                                    152 Simsbury Road
55 Farmington Avenue, Suite 1200                     P.O. Box 451
Hartford, CT 06105                                   Avon, CT 06001-0451
Tel.: (860) 522-0404                                 Tel.: (860) 678-7711

## CERTIFICATION OF SERVICE

This is to certify that the foregoing was sent by via Federal Express, this 27th day of May, 2004, postage prepaid, to the following counsel of record:

William J. Anthony, Esq.
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105

Judith D. Meyer