FILED
2004 JUN 24 A 10:50
U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT R. CARLSON,<br>Plaintiff, | : | CIVIL ACTION NO: 3:03CV0612 (RNC) |
| vs. | : | |
| HARTFORD FINANCIAL SERVICES<br>GROUP, INC.,<br>Defendant. | : | May 27, 2004 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, the parties to the above captioned action hereby stipulate that the action shall be dismissed in its entirety, with prejudice.

DEFENDANT,                                              PLAINTIFF,

By _____                    By _____
William J. Anthony, Esq.                                    Judith D. Meyer
Federal Bar No. CT17865                                 Fed. Bar No. CT04976
Jackson Lewis LLP                                           152 Simsbury Road
55 Farmington Avenue, Suite 1200                 P.O. Box 451
Hartford, CT 06105                                           Avon, CT 06001-0451
Tel.: (860) 522-0404                                         Tel.: (860) 678-7711

FILED
2004 JUN 24 P 12:04
U.S. DISTRICT COURT
HARTFORD, CT

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U. S. District Court

By _____
Deputy Clerk